101 AD2d 816). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA HUIZINGA, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Balbach, J.), both rendered June 18, 1986, convicting her of robbery in the first degree (two counts), robbery in the second degree (two counts), criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree (three counts), grand larceny in the second degree, criminal possession of stolen property in the first degree, assault in the second degree (two counts), and assault in the third degree under indictment No. 5670/85, and robbery in the first degree (two counts), robbery in the second degree (two counts), and criminal possession of stolen property in the third degree (two counts) under indictment No. 5737/85, upon her pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD KOSTIVITCH, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Namm, J.), rendered September 15, 1986, convicting him of burglary in the second degree (three counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLIOT KRAFCHIN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered October 30, 1985, convicting him of criminal sale